JOHN J. DONOGHUE, as Limited Administrator, etc., of GERALD A. DONOGHUE, Deceased, Respondent. v. DOLOMITE MARINE CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion for a bill of particulars as to contributory negligence in an action for damages for death by drowning resulting from slipping on deck of boat.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

KATHERINE G. GOTTRY, Respondent, v. ANNA B. PHELAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies the motion to dismiss the complaint in an action to recover damages for alienation of affections.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THOMAS G. BRENNAN, as Administrator, etc., of JAMES B. BRENNAN, Deceased, Appellant, v. EASTMAN KODAK COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to direct defendant's superintendent to answer certain questions in an examination before trial in an action for damages for death caused by silicosis.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of MARY LUDWIG and Others, Appellants, for an Order of Mandamus against REGIS O'BRIEN and Others, Constituting the Board of Education of the City of Buffalo, New York, and Another, Respondents. — Order affirmed, without costs. All concur. (The order denies application for peremptory order of mandamus to compel payment of additional salary.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MOORE CONSTRUCTION COMPANY, INCORPORATED, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23265.) — Judgment affirmed, with costs. All concur. (The judgment awards damages to plaintiff for extra work under road construction contract.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.